JULIE M. MCCOY, Bar no. 129640
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-0970 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| REBECCA D. GREEN | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Rebecca D. Green, in the principal amount of $1,326.38 plus interest accrued to January 6, 2010, in the sum of $469.97; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of $**1,796.35**.

DATED: 2/12/2010          By: TERRY NAFISI
                              Clerk of the Court

                              L. RAYFORD
                              _____
                              Deputy Clerk
                              United States District Court